IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICENTE THOMAS SANDOVAL,

    Petitioner,

v.                                                          Civ. No. 18-448 KG/GBW

VINCE HORTON and
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED Vicente Thomas Sandoval's Habeas Corpus Petition Under 28 U.S.C. § 2254 (Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE